| | |
|---|---|
| 1 | ALAN J. LAZARUS (SBN 129767) |
|   | alan.lazarus@dbr.com |
| 2 | RYAN T. ALMSTEAD (SBN 252978) |
|   | ryan.almstead@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, CA 94105-2235 |
|   | Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |

Attorneys for Plaintiff
ETHICON WOMEN'S HEALTH & UROLOGY
DIVISION OF ETHICON, INC. (erroneously sued
as GYNECARE, INC.); ETHICON, INC.; and
JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENAE L. BIGELOW, a single woman, | Case No. CV 10-00312 MHP |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; DOES ONE through FIFTEEN, corporation, | Courtroom: 15 |
| | Judge: Hon. Marilyn Hall Patel |
| | Complaint Filed: December 23, 2009 |
| | Trial Date: Not set |
| Defendant. | |

The Parties in the above-captioned action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference presently set for May 10, 2010 at 4:00 p.m. and in support of the requested relief state:

1. On December 23, 2009, Plaintiff filed her Complaint in the Superior Court of California, San Mateo County. Defendants answered in state court on January 21, 2010.

2. On January 22, 2010, Defendants removed this action to the U.S. District Court for

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE
SF01/ 679981.1

CASE NO. CV 10-00312 MHP

1   the Northern District of California.  A case management conference was set by Magistrate Judge
2   Bernard Zimmerman for May 10, 2010.
3       3.      Pursuant to an Order for Reassignment issued February 18, 2010, this action was
4   reassigned to this Court.
5       4.      On February 19, 2010, the Court issued an order scheduling a case management
6   conference for May 10, 2010 at 4:00 p.m.
7       5.      Defendants have filed a Motion to Transfer Under 28 U.S.C. § 1406(a) or, in the
8   alternative, 28 U.S.C. § 1404(a) to the U.S. District Court for the District of Colorado.  Hearing is
9   set for May 3, 2010 at 2:00 p.m.  The Parties agree that continuing the case management
10  conference until after resolution of the pending motion will best serve the interests of efficiency.
11  Among other things, a continuance could avoid the need for duplicative conferences that may
12  result from different case management practices of a new judge should this action be transferred.
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO CONTINUE CASE MANAGEMENT CONFERENCE
SF01/ 679981.1
- 2 -
CASE NO. CV 10-00312 MHP

WHEREFORE, the Parties respectfully request that this Court enter an Order Continuing the Case Management Conference presently set for May 10, 2010 at 4:00 p.m. until a date subsequent to the Court's ruling on Defendants' pending Motion to Transfer. The Parties will be prepared to discuss alternative agreeable dates for the case management conference, if necessary, at the hearing on Defendants' Motion.

IT IS SO STIPULATED.

Dated: April 5, 2010　　　DRINKER BIDDLE & REATH LLP

By: _/s/ Ryan T. Almstead_
　　ALAN J. LAZARUS
　　RYAN T. ALMSTEAD

Attorneys for Plaintiff
ETHICON WOMEN'S HEALTH & UROLOGY DIVISION OF ETHICON, INC. (erroneously sued as GYNECARE, INC.); ETHICON, INC.; and JOHNSON & JOHNSON

Dated: April 5, 2010　　　PHILLIPS & ASSOCIATES

By: _/s/ Elizabeth Dudley_
　　LOWELL W. FINSON
　　ELIZABETH DUDLEY

Attorneys for Plaintiff

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                               SAN FRANCISCO DIVISION
11

| 12 | RENAE L. BIGELOW, a single woman, | Case No. CV 10-00312 MHP |
|---|---|---|
| 13 | Plaintiff, | **VACATING**<br>**[PROPOSED] ORDER** ~~TO CONTINUE~~<br>**CASE MANAGEMENT CONFERENCE** |
| 14 | v. | |
| 15 | GYNECARE, INC., a California corporation; ETHICON, INC., a New Jersey corporation; JOHNSON & JOHNSON, a New Jersey corporation; DOES ONE through FIFTEEN, corporation, | |
| 16 | | |
| 17 | | |
| 18 | Defendant. | |
| 19 | | |

20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER TO CONTINUE CMC
SF01/ 679988.1

CASE NO. CV 10-00312 MHP

1  Based on the stipulation of the Parties and for good cause shown, **IT IS HEREBY**
2  **ORDERED**:
3  The Case Management Conference presently set for May 10, 2010 at 4:00 p.m. shall be
4  ~~continued until~~ vacated and reset after _____, ~~pend~~ing resolution of Defendants' Motion
5  to Transfer, which is scheduled to be heard on May 3, 2010 at 2:00 p.m.  as appropriate. The Parties will be
6  prepared to discuss alternative agreeable dates for the case management conference, if necessary,
7  at the hearing on Defendants' Motion.
8  **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO**
9  **ORDERED**.

Dated: ___4/8/2010_____

BY THE COURT

_____
Honorable Marilyn H. Patel
United States District Judge, Northern District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER TO CONTINUE CMC
SF01/ 679988.1                             - 2 -                    CASE NO. CV 10-00312 MHP